**Order filed March 16, 2016**



**In The**

# Fourteenth Court of Appeals

## NO. 14-15-00408-CV
_____

**RUDY GUILLEN AND ALL OCCUPANTS, Appellant**

**V.**

**U.S. BANK, N.A., Appellee**

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1059227**

## O R D E R

The clerk's record was filed May 15, 2015. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Trial court order setting supersedeas bond pursuant to Texas Property Code 24.007 filed April 30, 2015.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before March 22, 2016, containing Trial court order setting supersedeas bond pursuant to Texas Property Code 24.007 filed April 30, 2015.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM